UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Sep 09, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION                                             MDL No. 2326

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 01, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION                                                                                           MDL No. 2326

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| WVS | 2 | 14−17998 | ARW | 5 | 14−05090 | Cline et al v. Boston Scientific Corporation |
| WVS | 2 | 12−01006 | CAE | 2 | 12−00701 | Rosas v. Boston Scientific Corporation |
| WVS | 2 | 15−02094 | LAE | 2 | 15−00431 | Richard v. Boston Scientific Corporation |
| WVS | 2 | 12−05179 | MSS | 4 | 12−00136 | Henry v. Boston Scientific et al |
| WVS | 2 | 18−00297 | TNW | 1 | 18−02054 | Rogers v. Boston Scientific Corporation et al |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  BOSTON SCIENTIFIC CORP.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION                MDL No. 2326

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the cases on Exhibit A be remanded to the United States District Courts from which they came, as identified on Exhibit A. The cases were transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2326 ("BSC MDL"), 2:12-md-2326, one of seven MDLs assigned to me by the JPML. The seven MDLs combined totaled over 100,000 cases since inception.

Of the approximately 26,085 cases originally filed in or transferred to the BSC MDL, 158 remain. Of the remaining 158 cases, 5 are listed on Exhibit A and are ready to be remanded to the jurisdictions from which they came. In particular, the time to conduct discovery is complete in the cases on Exhibit A, and the parties have had time to file dispositive and *Daubert* motions, responses and replies. For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously concluded in the venues from which they arise. ***Upon remand, I urge the receiving court to immediately set these cases for trial without reopening discovery. Further discovery will only***

*result in unjust delay. Extensive development of these cases over a period of years has made such further action completely unnecessary.*

On or before **August 28, 2020 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file *in their individual case*, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment).

The court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this court, pursuant to 28 U.S.C. § 1407, shall remand the cases to the jurisdictions identified on Exhibit A. If the cases remain pending on the Transfer Date, they must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/boston/orders.html, and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2326. *Finally, the court advises the parties that while the docket of these individual cases will be remanded to the receiving court, it is the parties' responsibility to follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract the cases on Exhibit A and remand them to the jurisdictions identified on Exhibit A. After remand of the cases, the Clerk is **DIRECTED** to formally dismiss the cases and strike them from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in the cases on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party.

ENTER: August 21, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A
Remands

|   | Civil Action | Case Style | Venue |
|---|---|---|---|
| 1 | 2:12-cv-01006 | Rosas v. Boston Scientific Corporation | Eastern District of California |
| 2 | 2:12-cv-05179 | Henry v. Boston Scientific et al | Southern District of Mississippi |
| 3 | 2:14-cv-17998 | Cline et al v. Boston Scientific Corporation | Western District of Arkansas |
| 4 | 2:15-cv-02094 | Richard v. Boston Scientific Corporation | Eastern District of Louisiana |
| 5 | 2:18-cv-00297 | Rogers v. Boston Scientific Corporation et al | Western District of Tennessee |

# Tina Smith

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Tuesday, September 1, 2020 8:23 AM |
| **To:** | JPMLCMDECF |
| **Subject:** | Activity in Case MDL No. 2326 IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation CRO Final Minute Order (Clerks) |
| | |
| **Categories:** | Order for Docketing |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/1/2020 at 8:22 AM EDT and filed on 9/1/2020
**Case Name:** IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
**Case Number:** [MDL No. 2326](MDL No. 2326)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 9/1/20. Please see pleading (17 in ARW/5:14-cv-05090, 5 in CAE/2:12-cv-00701, 8 in LAE/2:15-cv-00431, [2802] in MDL No. 2326, 5 in MSS/4:12-cv-00136, 8 in TNW/1:18-cv-02054).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

| | |
|---|---|
| **Case Name:** | Rogers v. Boston Scientific Corporation et al |
| **Case Number:** | TNW/1:18-cv-02054 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 9/1/20. Please see pleading (17 in ARW/5:14-cv-05090, 5 in CAE/2:12-cv-00701, 8 in LAE/2:15-cv-00431, [2802] in MDL No. 2326, 5 in MSS/4:12-cv-00136, 8 in TNW/1:18-cv-02054).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

| | |
|---|---|
| **Case Name:** | Richard v. Boston Scientific Corporation |
| **Case Number:** | LAE/2:15-cv-00431 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 9/1/20. Please see pleading (17 in ARW/5:14-cv-05090, 5 in CAE/2:12-cv-00701, 8 in LAE/2:15-cv-00431, [2802] in MDL No. 2326, 5 in MSS/4:12-cv-00136, 8 in TNW/1:18-cv-02054).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 9/1/2020.

Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)

| | |
|---|---|
| Case Name: | Henry v. Boston Scientific et al |
| Case Number: | MSS/4:12-cv-00136 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 9/1/20. Please see pleading (17 in ARW/5:14-cv-05090, 5 in CAE/2:12-cv-00701, 8 in LAE/2:15-cv-00431, [2802] in MDL No. 2326, 5 in MSS/4:12-cv-00136, 8 in TNW/1:18-cv-02054).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 9/1/2020.

Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)

| | |
|---|---|
| Case Name: | Cline et al v. Boston Scientific Corporation |

| | |
|---|---|
| **Case Number:** | ARW/5:14-cv-05090 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 9/1/20. Please see pleading (17 in ARW/5:14-cv-05090, 5 in CAE/2:12-cv-00701, 8 in LAE/2:15-cv-00431, [2802] in MDL No. 2326, 5 in MSS/4:12-cv-00136, 8 in TNW/1:18-cv-02054).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

| | |
|---|---|
| **Case Name:** | Rosas v. Boston Scientific Corporation |
| **Case Number:** | CAE/2:12-cv-00701 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 9/1/20. Please see pleading (17 in ARW/5:14-cv-05090, 5 in CAE/2:12-cv-00701, 8 in LAE/2:15-cv-00431, [2802] in MDL No. 2326, 5 in MSS/4:12-cv-00136, 8 in TNW/1:18-cv-02054).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

No public notice (electronic or otherwise) sent because the entry is private

# Tina Smith

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Tuesday, September 1, 2020 8:21 AM |
| **To:** | JPMLCMDECF |
| **Subject:** | Activity in Case MDL No. 2326 IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 9/1/2020 at 8:20 AM EDT and filed on 9/1/2020

| | |
|---|---|
| **Case Name:** | IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2326 |
| **Filer:** | |
| **Document Number:** | 2802 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (15 in ARW/5:14-cv-05090, 3 in CAE/2:12-cv-00701, 6 in LAE/2:15-cv-00431, [2800] in MDL No. 2326, 3 in MSS/4:12-cv-00136, 6 in TNW/1:18-cv-02054) ) - 5 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

| | |
|---|---|
| **Case Name:** | Rogers v. Boston Scientific Corporation et al |
| **Case Number:** | TNW/1:18-cv-02054 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (15 in ARW/5:14-cv-05090, 3 in**

CAE/2:12-cv-00701, 6 in LAE/2:15-cv-00431, [2800] in MDL No. 2326, 3 in MSS/4:12-cv-00136, 6 in TNW/1:18-cv-02054) ) - 5 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

| | |
|---|---|
| Case Name: | Richard v. Boston Scientific Corporation |
| Case Number: | LAE/2:15-cv-00431 |
| Filer: | |
| Document Number: | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (15 in ARW/5:14-cv-05090, 3 in CAE/2:12-cv-00701, 6 in LAE/2:15-cv-00431, [2800] in MDL No. 2326, 3 in MSS/4:12-cv-00136, 6 in TNW/1:18-cv-02054) ) - 5 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

| | |
|---|---|
| Case Name: | Henry v. Boston Scientific et al |
| Case Number: | MSS/4:12-cv-00136 |
| Filer: | |
| Document Number: | 5 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (15 in ARW/5:14-cv-05090, 3 in CAE/2:12-cv-00701, 6 in LAE/2:15-cv-00431, [2800] in MDL No. 2326, 3 in MSS/4:12-cv-00136, 6 in TNW/1:18-cv-02054) ) - 5 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

| | |
|---|---|
| Case Name: | Cline et al v. Boston Scientific Corporation |
| Case Number: | ARW/5:14-cv-05090 |
| Filer: | |

**Document Number:** 17

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (15 in ARW/5:14-cv-05090, 3 in CAE/2:12-cv-00701, 6 in LAE/2:15-cv-00431, [2800] in MDL No. 2326, 3 in MSS/4:12-cv-00136, 6 in TNW/1:18-cv-02054) ) - 5 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

| | |
|---|---|
| **Case Name:** | Rosas v. Boston Scientific Corporation |
| **Case Number:** | CAE/2:12-cv-00701 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (15 in ARW/5:14-cv-05090, 3 in CAE/2:12-cv-00701, 6 in LAE/2:15-cv-00431, [2800] in MDL No. 2326, 3 in MSS/4:12-cv-00136, 6 in TNW/1:18-cv-02054) ) - 5 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/1/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD)**

**MDL No. 2326 Notice has been electronically mailed to:**

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr     hfbell@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@farrell.law, lora@farrell.law

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2326 Notice will not be electronically mailed to:**

**TNW/1:18-cv-02054 Notice has been electronically mailed to:**

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Michael A. Tanenbaum     mtanenbaum@tktrial.com

Isaac T. Conner     iconner@mansonjohnsonlaw.com

James H. Keale     jkeale@tktrial.com

**TNW/1:18-cv-02054 Notice will not be electronically mailed to:**

**LAE/2:15-cv-00431 Notice has been electronically mailed to:**

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Eric M. Anielak     eanielak@shb.com

Charles Marshall Thomas     charlie@huberslack.com

Michael A. Tanenbaum     mtanenbaum@tktrial.com

James H. Keale     jkeale@tktrial.com

Brian Patrick Marcelle     bmarcelle@huberslack.com, brian@huberthomaslaw.com

**LAE/2:15-cv-00431 Notice will not be electronically mailed to:**

**MSS/4:12-cv-00136 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Neville H. Boschert     nboschert@joneswalker.com

Matthew D. Keenan     mkeenan@shb.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Shane F Langston     shane@langstonlawyers.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Rebecca McRae Langston     rebecca@langstonlawyers.com

Jason L. Nabors     jason@naborslawfirm.com, jason@langstonlawyers.com

Philip J. Combs     pcombs@tcspllc.com

Marc E. Williams     marc.williams@nelsonmullins.com

Bryan T. Pratt     bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

James H. Keale     jkeale@tktrial.com

Robert Thomas Adams     rtadams@shb.com, janderson@shb.com

**MSS/4:12-cv-00136 Notice will not be electronically mailed to:**

**ARW/5:14-cv-05090 Notice has been electronically mailed to:**

Kevin A. Crass     crass@fridayfirm.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Michael A. Tanenbaum     mtanenbaum@tktrial.com

Stephen Lance Cox     lcox@coxfirm.com, chaddmason@aol.com, stephanie@coxfirm.com

G. Chadd Mason     chaddmason@aol.com

Aimee Wagstaff     aimee.wagstaff@andruswagstaff.com

James H. Keale     jkeale@tktrial.com

5

**ARW/5:14-cv-05090 Notice will not be electronically mailed to:**

**CAE/2:12-cv-00701 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Eric H. Gibbs    ehg@classlawgroup.com, 9141823420@filings.docketbird.com, ecf@classlawgroup.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Philip J. Combs    pcombs@tcspllc.com

Geoffrey A Munroe    gam@classlawgroup.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Caroline Dye Walker    caroline.walker@butlersnow.com

**CAE/2:12-cv-00701 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/1/2020] [FileNumber=1010767-0]
[6cdb11d5aab4f6f35f48d273a2c12025a2803945accbee3143339da104c05a2176445
841654f8dfab7334b4f766cec2b56d33366f74ba01afdcb5078d93dbedc]]
**Document description:** Suggestion of Remand
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/1/2020] [FileNumber=1010767-1]
[ae734a09d1cf0eb4d8462df7946dbb4509f4ff71f633b7ab37fe96bba85c27bb9e96b
3dab313dd3e84fed3d69b87fc0db987a3bf766f10692e46efaef7d318a6]]